## 25591. SILAS *v.* THE STATE.

MacINTYRE, J.   1. The alcoholic beverage-control act of 1935 (Ga. Laws 1935, p. 327) did not repeal the law of this State making possession of whisky a penal offense, since a majority of votes were cast against the act in the election provided for therein. *Reynolds* v. *State,* 181 *Ga.* 547 (182 S. E. 917). Under that ruling, the court properly overruled the demurrer to the accusation.

2. The remaining assignments of error are not meritorious.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 7, 1936.

*G. G. Bower, Maston O'Neal,* for plaintiff in error.
*M. E. O'Neal, solicitor,* contra.

## 25486. SAMPSON *v.* CITY OF THOMASVILLE.

BROYLES, C. J.   The accused was adjudged guilty of a criminal offense, in the police court of the City of Thomasville. On November 27, 1935, the judge of the superior court refused to sanction the petition for certiorari; and on December 21, 1935, the bill of exceptions was presented to the judge and certified by him. The bill of exceptions not having been tendered to the judge within twenty days after the date of the judgment complained of, this court is without jurisdiction to entertain the case, and the writ of error is

*Dismissed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 7, 1936.

*S. W. Doss,* for plaintiff in error.   *P. C. Andrews,* contra.